**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MILLER, JENNIFER K § Case No. 07-03458
MILLER, EDWARD J §
§
Debtor(s) §

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/24/2009 By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MILLER, JENNIFER K | § | Case No. 07-03458 |
| MILLER, EDWARD J | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,032.94 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 8,032.94 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 1,553.29 | $ 158.75 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,067.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Canal & Trails Credit Union | $ 4,633.33 | $ 199.14 |
| 2 | wachovia dealer services | $ 17,360.09 | $ 746.13 |
| 3 | LVNV Funding LLC - Washington Mutual | $ 6,010.26 | $ 258.32 |
| 4 | LVNV Funding LLC - Washington Mutual | $ 5,602.93 | $ 240.81 |
| 5 | Attorneys' Title Insurance Fund, Inc., | $ 112,571.89 | $ 4,838.30 |
| 6 | eCAST Settlement Corporation assignee of HSBC | $ 165.43 | $ 7.11 |
| 7 | eCAST Settlement Corporation assignee of HSBC | $ 723.25 | $ 31.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1 User: ckeith Page 1 of 1 Date Rcvd: Mar 02, 2007
Case: 07-03458 Form ID: b9a Total Served: 17

The following entities were served by first class mail on Mar 04, 2007.

db +Jennifer K Miller, 2214 Ashby Lane, Plainfield, IL 60586-5339
jdb +Edward J Miller, 2214 Ashby Lane, Plainfield, IL 60586-5339
aty +Constance M Doyle, Law Office of Constance M Doyle, 420 W Main Street, Barrington, IL 60010-3058
tr +Bradley J Waller, Klein Stoddard Buck Waller & Lewis LLC, 2045 Aberdeen Court, Sycamore, IL 60178-3140
11203290 +Allied Anesthesia Associates S.C., 185 Penny Ave, Dundee, IL 60118-1454
11203291 +Bank United, 7815 NW 148th, Hialeah, FL 33016-1554
11203292 California Fidelity Atty Title, c/o Masuda Funai, 203 North LaSalle St Suite 2500, Chicago, IL 60601-1262
11203293 +Canal & Trails Credit Union, 201 E. 9th St, Lockport, IL 60441-3475
11203294 Capital One Bank c/o RAB Inc., 7000 Goodlett Farms Parkway, Cordova, TN 38016-4916
11203295 +Family Medicine Center, 911 Elm Street, Suite 215, Hinsdale, IL 60521-3641
11203296 Health Services Systems, Inc., P.O. Box 1215, Bedford Park, IL 60499-1215
11203297 Household Bank Mastercard Statement, P.O. Box 17051, Baltimore, MD 21297-1051
11203298 Institute for Personal Development, 1401 Lakewood Drive, Ste A, Morris, IL 60450-3352
11203299 +KCA Financial Services, Inc., 628 North Street, P.O. Box Number 53, Geneva, IL 60134-1356
11203300 Quest Diagnostics, P.O. 64804, Baltimore, MD 21264-4804
11203302 +WFS Financial, P.O. Box 19752, Irvine, CA 92623-9752
11203301 Washington Mutual Card Services, P.O. Box 660487, Dallas, TX 75266-0487

The following entities were served by electronic transmission on Mar 03, 2007.

11203297 EDI: HFC.COM Mar 03 2007 00:02:00 Household Bank Mastercard Statement, P.O. Box 17051, Baltimore, MD 21297-1051

TOTAL: 1

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

11203303* +WFS Financial, P.O. Box 19752, Irvine, CA 92623-9752

TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2007** **Signature:** Joseph Speetjens

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: rgreen    Page 1 of 1    Date Rcvd: Dec 09, 2009
Case: 07-03458    Form ID: pdf006    Total Noticed: 20

The following entities were noticed by first class mail on Dec 11, 2009.

db/jdb +Jennifer K Miller, Edward J Miller, 2214 Ashby Lane, Plainfield, IL 60586-5339
aty +Constance M Doyle, Law Office of Constance M Doyle, 420 W Main Street, Barrington, IL 60010-3058
tr +Bradley J Waller, Klein Stoddard Buck Waller & Lewis LLC, 2045 Aberdeen Court, Sycamore, IL 60178-3140
11203290 +Allied Anesthesia Associates S.C., 185 Penny Ave, Dundee, IL 60118-1454
11669875 Attorneys' Title Insurance Fund, Inc.,, c/o Gary Vist, Esq., Masuda Funai Eifert Mitchell, 203 North LaSalle Street, #2500, Chicago, Illinois 60601-1262
11203291 +Bank United, 7815 NW 148th, Hialeah, FL 33016-1554
11203292 California Fidelity Atty Title, c/o Masuda Funai, 203 North LaSalle St Suite 2500, Chicago, IL 60601-1262
11203293 +Canal & Trails Credit Union, 201 E. 9th St, Lockport, IL 60441-3475
11203294 Capital One Bank c/o RAB Inc., 7000 Goodlett Farms Parkway, Cordova, TN 38016-4916
11203295 +Family Medicine Center, 911 Elm Street, Suite 215, Hinsdale, IL 60521-3641
11203296 Health Services Systems, Inc., P.O. Box 1215, Bedford Park, IL 60499-1215
11203297 Household Bank Mastercard Statement, P.O. Box 17051, Baltimore, MD 21297-1051
11203298 Institute for Personal Development, 1401 Lakewood Drive, Ste A, Morris, IL 60450-3352
11203299 +KCA Financial Services, Inc., 628 North Street, P.O. Box Number 53, Geneva, IL 60134-1356
11203300 Quest Diagnostics, P.O. 64804, Baltimore, MD 21264-4804
11578782 ++WACHOVIA DEALER SERVICES INC, BK DEPARTMENT, PO BOX 19657, IRVINE CA 92623-9657
(address filed with court: wachovia dealer services, po box 19657, irvine, ca. 92653-9657)
11203302 +WFS Financial, P.O. Box 19752, Irvine, CA 92623-9752
11203301 Washington Mutual Card Services, P.O. Box 660487, Dallas, TX 75266-0487
11686136 eCAST Settlement Corporation assignee of, HSBC Bank Nevada NA / HSBC Card, Services III, POB 35480, Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Dec 09, 2009.

11666063 E-mail/Text: resurgentbknotifications@resurgent.com
LVNV Funding LLC its successors and assigns as, assignee of Washington Mutual, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

TOTAL: 1

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

11203303* +WFS Financial, P.O. Box 19752, Irvine, CA 92623-9752

TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2009**    **Signature:** Joseph Speetjens